**Electronically Filed
Supreme Court
SCPW-19-0000096
20-MAR-2019
01:50 PM**

SCPW-19-0000096

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

L & E RANCH LLC, a Hawaiʻi limited liability company; HUGH JOHN COFLIN; and JANET DAWN STEPHENSON COFLIN, Petitioners,

vs.

THE HONORABLE RHONDA I.L. LOO, Judge of the Circuit Court of the Second Circuit, State of Hawaiʻi, Respondent Judge,

and

ROMSPEN INVESTMENT CORPORATION, an Ontario corporation; ET AL., Respondents.

---

ORIGINAL PROCEEDING
(CAAP-19-0000048; CIVIL NO. 16-1-0470(1))

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioners L & E Ranch LLC, Hugh John Coflin, and Janet Dawn Stephenson Coflin's petition for writ of mandamus, filed on February 16, 2019, the joinder, filed on February 17, 2019, the respective supporting documents, and the record, it appears that petitioners are not entitled to an extraordinary writ. An appeal is pending in CAAP-19-0000048. At this juncture, petitioners fail to demonstrate that they have a clear and indisputable right to the requested relief from this court or that they lack alternative means to seek relief. See

Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED:  Honolulu, Hawaiʻi, March 20, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2